IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PATRICK MCGUIRE,

      Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE, et al.,

      Defendants.
_____/

No. 11-02344 CW

ORDER REGARDING REQUEST TO E-FILE

    Plaintiff has requested that he be allowed to participate in Electronic Court Filing (ECF).  Plaintiff shall file within two weeks of this Order a declaration stating that he has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing.  Failure to file the declaration will result in denial of the request.

    IT IS SO ORDERED.

Dated: 6/20/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCGUIRE et al,

        Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE et al,

        Defendant.

Case Number: CV11-02344 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Patrick McGuire
1407 Townview Avenue Apt.213
Santa Rosa, CA 95405

Dated: June 20, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2