IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK MCGUIRE, | No. C 11-02344 CW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S |
| v. | MOTION TO EFILE (Docket No. 25) |
| U.S. DEPARTMENT OF JUSTICE, ET AL., | |
| Defendant. | |

On June 6, 2011 pro se Plaintiff John Patrick McGuire moved for an order granting him permission to electronically file his pleadings and papers in this action.  Docket No. 25.  In response, this Court ordered Plaintiff to file a declaration in support of his request, indicating that he had reviewed General Order 45 and the requirements for e-filing, as explained on this Court's website, and that he is able to comply with all of the requirements.  Docket No. 34.  The deadline for Plaintiff's compliance with this order has passed, and Plaintiff has failed submit the required declaration.  Thus, Plaintiff's motion is DENIED.

        IT IS SO ORDERED.

Dated: **7/7/2011**

CLAUDIA WILKEN
United States District Judge