IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK MCGUIRE, | No. C 11-02344 CW |
| Plaintiff, | ORDER DISMISSING PLAINTIFF'S CASE |
| v. | FOR FAILURE TO PROSECUTE |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Plaintiff has brought suit against numerous federal agencies, local governments, local government agencies, a pharmaceutical company, a bank and related officials and individuals.  The United States, specially appearing for Defendant federal agencies, officials and individuals, Defendant Merck Sharp & Dohme Corp., formerly known as Merck & Co., Inc., and Defendants the City of Santa Rosa and the Santa Rosa Police Department have moved to dismiss Plaintiff John Patrick McGuire's Complaint.  Docket Nos. 7, 17 & 29.

On June 23, 2011, after Plaintiff missed the deadline to oppose the motion to dismiss filed by the United States, the Court extended until July 7, 2011, the deadline for Plaintiff to file a consolidated opposition to the three pending motions to dismiss.  Docket No. 36.  Plaintiff failed to submit a response by that deadline.  Instead, on the date the opposition was due, Plaintiff manually filed an ex parte motion for assistance from the United

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   States Marshal to serve process on several Defendants who were not

2   party to the pending motions to dismiss.  Docket No. 41.  Also on

3   July 7, 2011, the Court denied Plaintiff's motion for permission to

4   electronically file his pleadings and papers.  Docket No. 42.

5   Plaintiff had failed to comply with the Court's order to file a

6   declaration demonstrating that he met the requirements to efile, as

7   a pro se litigant.  On September 1, 2011, the Court's June 23, 2011

8   and July 7, 2011 orders were returned as undeliverable by the

9   United States Postal Service.  Because Plaintiff has failed to

10  oppose the pending motions to dismiss and update his current

11  address, his complaint is dismissed for failure to prosecute.

12      IT IS SO ORDERED.

13

14

15  Dated:  9/20/2011

16                                CLAUDIA WILKEN
                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28                                      2

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

MCGUIRE et al,

4                                                                     Case Number: CV11-02344 CW

        Plaintiff,

5                                                                     **CERTIFICATE OF SERVICE**

  v.

6

U.S. DEPARTMENT OF JUSTICE et al,

7

        Defendant.

8 _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
10   Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
11   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
12   in the Clerk's office.

13

14

John Patrick McGuire
15   1407 Townview Avenue Apt.213
Santa Rosa,  CA 95405
16

Dated: September 20, 2011
17
                             Richard W. Wieking, Clerk
18                                By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28
                               3